IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KONE MOHAMED LAMINE, | § |
| Petitioner, | § |
| VS. | § CIVIL ACTION NO. H-07-0960 |
| MICHAEL CHERTOFF, *et al.*, | § |
| Respondents. | § |

## ORDER

Petitioner moved to be released from immigration custody. He was released on supervision on July 20, 2007. The respondents moved to dismiss for lack of subject-matter jurisdiction based on mootness. No response has been filed. The motion is granted. This case is dismissed.

SIGNED on August 13, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge